UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:08-cr-450-T-33EAJ

DENEIL TENASHEL CAMPBELL
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Deneil Tenashel Campbell's Motion to File a Rule 35(b) (Doc. # 392), filed on April 21, 2014. The Government filed a response in opposition to the Motion on May 7, 2014. (Doc. # 394). For the reasons that follow, the Motion is denied.

**I.**    **Background**

On October 15, 2008, a grand jury returned a two count indictment charging Campbell with violations of 21 U.S.C. § 846 and 18 U.S.C. § 924(c). (Doc. # 20). Campbell proceeded to trial on February 8, 2010, and was found guilty on February 19, 2010. On July 8, 2010, this Court sentenced Campbell to 235 months imprisonment as to count one and 60 months imprisonment, consecutive to count one, on count two, for a total term of imprisonment of 295 months. (Doc. # 276). At this juncture, Campbell seeks a reduction of his sentence pursuant to Fed. R. Crim P. 35(b).

**II.**    **Discussion**

Rule 35(b) of the Federal Rules of Criminal Procedure does not provide a mechanism for an individual defendant, such as Campbell, to seek relief, but rather provides the Government with a procedure for seeking a reduced sentence in recognition of substantial assistance provided in the investigation and prosecution of others. The Government has the power, but not the duty, to file a substantial assistance motion. <u>Wade v. United States</u>, 504 U.S. 181, 185 (1992).

In the present case, Campbell claims that he is entitled to a reduction in his sentence as he provided information to a detective and gave testimony pertaining to a state action - <u>Florida v. Davion Porson</u>. (Doc. # 392 at 2). According to Campbell, "[t]he nature of the case and the risk Defendant took to assist in this case surely qualifies for a reduction," (<u>id.</u>) as the "information and services . . . helped in the investigation and/or prosecution of another person" (<u>id.</u> at 4).

In response, the Government submits that Campbell "never, at any time, entered into an agreement with the United States where the United States promised to consider any cooperation done by [Campbell]." (Doc. # 394 at ¶ 6).

Further, the Government posits that while Campbell lists a state case where he provided information he believes qualifies him for a reduced sentence, the Government has not been contacted by anyone related to the cited case detailing Campbell's participation in the case. (Id. at ¶ 8). Therefore, the Government argues that Campbell's Motion should be denied.

Upon review of the Motion and the response thereto, the Court denies Campbell's Motion. Campbell's claims of substantial assistance in Florida v. Davion Porson remain unsubstantiated at this time.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Deneil Tenashel Campbell's Motion to File a Rule 35(b) (Doc. # 392) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 8th day of May, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

3